ACCEPTED
03-15-00438-CV
7181885
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/1/2015 10:48:35 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00438-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/1/2015 10:48:35 AM
JEFFREY D. KYLE
Clerk

VINCENT WRENCHER, SR.
Appellant

V.

THE STATE OF TEXAS
Appellee

ON APPEAL FROM THE COUNTY COURT AT LAW NO. 8
TRAVIS COUNTY, TEXAS

NOTICE OF APPEARANCE

TO THE HONORABLE THIRD COURT OF APPEALS:

This notice concerns the appeal of Vincent Wrencher, Sr., from an opinion and judgment dated June 12, 2015, in the County Court at Law No. 8 of Travis County.

The Criminal Prosecution Division of the City of Austin Law Department ("City Attorney's Office") gives its notice of appearance on behalf of Appellee, THE STATE OF TEXAS, in the above-styled and numbered cause.

RESPECTFULLY SUBMITTED,

ANNE MORGAN
ACTING CITY ATTORNEY

KENNY CONYER
Assistant City Attorney

State Bar No. 24065074
700 E. 7th Street
Austin, Texas 78701
kenny.conyer@austintexas.gov
(512) 974-4804
(512) 974-1244 [FAX]

ATTORNEYS FOR APPELLEE
STATE OF TEXAS

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing the appellant, or his attorney of record, in compliance with the Texas Rules of Appellate Procedure, this 1 day of October, 2015.

**Via Certified Mail,** _____ **to:**
Mr. Vincent Wrencher Senior
1117 Briargate
Austin, Texas 78753

_____
KENNY CONYER